UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRIKANTH SREEDHAR,

                          Plaintiff,

          -against-                                25cv5850 (LTS)

CLERKS OF THE SDNY AND THE US                      CIVIL JUDGMENT
COURT OF APPEALS 2ND CIRCUIT,

                          Defendants.

For the reasons stated in the February 24, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

  Dated:    March 2, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge